IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:98CR3100 |
| V. | ) | |
| GLENN A. WOODARD, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the pro se motion to appoint counsel (filing 156) is denied without prejudice to appointment of counsel by the Court of Appeals. The Court notes that a notice of appeal was filed by attorney Jessica P. Douglas (filing 154).

DATED this 7th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge